UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZEBULON TIMOTHY NESTER,

    Defendant.
_____/

Hon. Sally J. Berens

Case No. 1:22-mj-00301

**ORDER OF DETENTION**

Defendant appeared before me on July 6, 2022, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a bond hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on July 6, 2022.

        /s/ Sally J. Berens
        SALLY J. BERENS
        U.S. Magistrate Judge